# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

Bridget M. McCormack,
Chief Justice

157985(35)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* MANWELL

_____

JONATHAN ERNEST MANWELL,
   Plaintiff-Appellant,

v

MACOMB CIRCUIT COURT,
   Defendant-Appellee.

SC: 157985
COA: 341965

_____/

On order of the Court, the motion for reconsideration of this Court's February 4, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



        Clerk

s0520